Ex parte LEE OWENS.

No. A-8967. Aug. 9, 1935.
(48 Pac. [2d] 1120.)

Milton Keen, for petitioner.

Mac Q. Williamson, Atty. Gen., and Jess L. Pullen, Asst. Atty. Gen., for the State.

PER CURIAM. This is an original proceeding in habeas corpus. Petitioner alleges he is unlawfully restrained; that said restraint is under an executive warrant

of the Governor of this state, issued on a requisition by the Governor of the state of Wisconsin for the return of petitioner to that state as a fugitive. The jurisdictional facts are admitted.

Upon a hearing, no reason is made to appear for issuance of the writ. It is therefore denied.